UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BEVERLY ANN CASH                               CIVIL ACTION

VERSUS                                         NO: 11-148

STATE OF LOUISIANA                             SECTION: R(3)

**ORDER**

Before the Court are Beverly Ann Cash's complaint,[1] and objections[2] to the Magistrate Judge's Report and Recommendation that her claims against the State of Louisiana be dismissed for failure to state an actionable claim and for lack of subject matter jurisdiction.[3] The Court, having reviewed *de novo* the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and Cash's objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion, with the following modification: the Court DISMISSES WITH PREJUDICE plaintiff's Title VII claim for failure to state an actionable claim and for lack of subject matter jurisdiction. *See Dilworth v. Dall. Cnty. Cmty. Coll.*

---

[1] R. Doc. 3 at 1.

[2] R. Doc. 7.

[3] R. Doc. 6.

*Dist.*, 81 F.3d 616, 617 (5th Cir. 1996) ("When plaintiff's complaint is facially frivolous and insubstantial, it is insufficient to invoke the jurisdiction of a federal court."). The Court DISMISSES WITHOUT PREJUDICE plaintiff's state law claims. *See Encalade v. Thomas*, No. 09-2999, 2009 WL 1704461, at *5-6 (E.D. La. June 12, 2009) (finding no federal question jurisdiction from which the court could exercise supplemental jurisdiction over the state law claims because the federal claims failed to state cognizable federal causes of action and were legally frivolous).

New Orleans, Louisiana, this 24th day of March, 2011.

_____
SARAH S. VANCE

UNITED STATES DISTRICT JUDGE